# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LEILA HAILE GHEBREMESKEL, *et al.,* | 2:12-cv-00011-KJD-VCF |
| Plaintiffs, | **MINUTE ORDER** |
| vs. | |
| ERIC H. HOLDER, *et al.,* | |
| Defendants. | |

Before the Court is the Uncontested Motion for Extension of Time (#15). Mr. Gonzalez has indicated to the Court that he will submit a new Uncontested Motion for Extension of Time.

IT IS HEREBY ORDERED that the Uncontested Motion for Extension of Time (#15) is denied without prejudice.

DATED this 29th day of August, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE