# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

LEILA HAILE GHEBREMESKEL, *et al.*,

        Plaintiffs,

vs.

ERIC H. HOLDER, *et al.*,

        Defendants.

2:12-cv-00011-KJD-VCF

**MINUTE ORDER**

    Before the Court is the Uncontested Motion for Extension of Time (#15). Mr. Gonzalez has indicated to the Court that he will submit a new Uncontested Motion for Extension of Time.

    IT IS HEREBY ORDERED that the Uncontested Motion for Extension of Time (#15) is denied without prejudice.

    DATED this 29th day of August, 2012.

                                                             CAM FERENBACH
                                                            UNITED STATES MAGISTRATE JUDGE