# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| LEILA HAILE GHEBREMESKEL, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>ERIC H. HOLDER, *et al.*,<br><br>　　　　　　Defendants. | 2:12-cv-00011-KJD-VCF<br><br>**ORDER**<br>[Defendants' Motion for Stay of Proceedings (#'s 17 and 18)] |

　　　Before the Court is Defendants' Motion for Stay of Proceedings (#17 and #18) filed on September 6, 2012.

　　　Plaintiff is requesting a stay of 180 days or until February 4, 2013 to allow Plaintiff to travel to Eritrea to obtain the necessary passport/travel paperwork from the Eritrean government for travel to Nairobi, Kenya. The Citizenship and Immigration Services wishes to conduct an interview with Plaintiff Leila Ghebremeskel, in Nairobi, Kenya, to determine her refugee status.

　　　To date, the government has not filed an opposition to Defendants' Motion for Stay of Proceedings (#18). LR 7-2(d) provides that failure to file an opposition shall constitute a consent of the granting of the motion.

　　　IT IS HEREBY ORDERED that Defendants' Motion for Stay of Proceedings (#17 and #18) is GRANTED.

　　　DATED this 4th day of October, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE