# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEILA HAILE GHEBREMESKEL, *et al.*, | |
| Plaintiffs, | Case No. 2:12-CV-00011-KJD-VCF |
| v. | **ORDER** |
| ERIC H. HOLDER, *et al.*, | |
| Defendants. | |

This Court ordered a Stay of Proceedings on October 4, 2012, which was in place until February 4, 2013. Given that more than six months have passed since the stay expired and no apparent action has been taken in this matter, with good cause appearing the Court issues the following Order.

**IT IS HEREBY ORDERED** that all parties are to submit to this Court a Joint Status Report within 30 days of the issuance of this Order. Failure to file the report within 30 days will result in dismissal of this case for failure to prosecute under Federal Rule of Civil Procedure 41(b).

DATED this 30th day of August 2013.

_____
Kent J. Dawson
United States District Judge