# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LEILA HAILE GHEBREMESKEL, *et al*.,

    Plaintiffs,

v.

ERIC H. HOLDER, *et al*.,

    Defendants.

Case No. 2:12-CV-00011-KJD-VCF

**ORDER**

    Good cause appearing, the Court will extend the Stay of Proceedings (#19). However, Plaintiffs are **HEREBY ORDERED** to file a status report with this Court every 90 days until the Stay is lifted. The next report is due December 17, 2013.

    DATED this 18th day of September 2013.

_____
Kent J. Dawson
United States District Judge