UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Leila Haile Ghebremeskel, Ahmed Yusuf Al Hussein, and Sara Tsehaie Ghezehei,<br><br>                              Plaintiffs,<br><br>   v.<br><br>Eric Holder, et al.,<br><br>                              Defendants. | Case No. 2:12-CV-00011-KJD-VCF<br><br>ORDER |

This case was filed in January of 2012. The Magistrate granted Defendants' motions to stay (#19). This Court extended that stay in 2013, but ordered status reports every 90 days until the stay was lifted (#26). Subsequent to that order, exactly two status reports have been received. (##27, 30). It has now been nearly one year since the last status report was received.

Plaintiffs are **HEREBY ORDERED** to comply with this Court's prior order and provide status reports every 90 days. Plaintiffs' next status report must be filed with this Court no later than March 27, 2015. The Court will then determine whether the stay should be extended. Failure to file a status report with this Court by March 27 will constitute consent to dismiss this action for failure to prosecute. To be clear, failure to file a status report with this Court by March 27, 2015 will result in dismissal and closure of this case for failure to prosecute.

DATED this 6th day of March 2015.

_____
Kent J. Dawson
United States District Judge