UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LEILA HAILE GHEBREMESKEL, AHMED YUSUF AL HUSSEIN, SARA TSEHAIE GHEZEHEI,<br><br>Plaintiffs,<br><br>v.<br><br>Eric Holder, et al.,<br><br>Defendants. | Case No. 2:12-CV-00011-KJD-VCF<br><br><br>ORDER |

Plaintiffs have repeatedly failed to comply with this Court's orders. Most recently, on March 6, 2015, the Court ordered Plaintiffs to file a status report no later than March 27, 2015. The Court clearly and repeatedly warned Plaintiffs that failure to file the status report would constitute consent to dismiss the action for failure to prosecute, and that this matter would be dismissed on that ground. (#32). Plaintiffs' most recent filing remains the April 15, 2014 status report. Accordingly, this matter is **HEREBY DISMISSED** and the case closed for failure to prosecute.

DATED this 30th day of March 2015.

_____
Kent J. Dawson
United States District Judge